# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

HARRY FRANK JAVINS, JR.
and ELAINE J. JAVINS,

        Plaintiffs,

v.                                        CIVIL ACTION NO.  2:20-cv-00698

WESTFIELD INSURANCE COMPANY,

        Defendant.

## ORDER OF DISMISSAL

The Court, having been advised by the mediator, Charles S. Piccirillo, on October 28, 2021, that the above-styled civil action has been compromised and settled, does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended, that any pending motions be **TERMINATED AS MOOT**, and that this matter be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.  The Court further **ORDERS** that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                ENTER:     December 3, 2021

                IRENE C. BERGER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF WEST VIRGINIA